# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SEALED | : | **FILED UNDER SEAL PURSUANT TO 31 U.S.C. § 3730(b)(2)** |
| Plaintiffs, | : | |
| | : | CIVIL ACTION NO. 20-cv-04569 |
| vs. | : | |
| SEALED | : | |
| | : | JURY TRIAL DEMANDED |
| Defendants. | : | |
| | : | **DO NOT PLACE IN PRESS BOX** |

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | : | |
|---|---|---|
| UNITED STATES OF AMERICA *ex rel.* ANDREW SUMMERS, M.D., | : : : | **FILED UNDER SEAL PURSUANT TO 31 U.S.C. § 3730(b)(2)** |
| Plaintiff, | : : | NO. 20-cv-04569 |
| vs. | : : | |
| MYDOC URGENT CARE, LLC *et al* | : : | |
| Defendants. | : : | **DO NOT PLACE IN PRESS BOX** |

## NOTICE AND PROPOSED ORDER OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Relator Andrew Summers, M.D. ("Relator") hereby dismisses all claims in the above referenced matter, with prejudice to the Relator and without prejudice to the real party in interest, the United States of America. Relator has notified the United States of his intention to file this Notice and Relator understands that, in accordance with the provisions of the False Claims Act, 31 U.S.C. § 3730(b)(1), the United States will file a separate notice stating its consent to the dismissal of all claims against the defendants, with prejudice to the Relator and without prejudice to the United States on the grounds that it is in the best interests of the United States. A proposed Order to be entered by the Court upon the filed consent of the United States is attached hereto.

                                    Respectfully submitted,

                                    **YOUMAN & CAPUTO, LLC**

Dated: August 12, 2021      BY:   /s/ David J. Caputo
                                               DAVID J. CAPUTO, ESQUIRE
                                               3803 West Chester Pike, Suite 150
                                               Newtown Square, PA 19073
                                               (215) 302-1999
                                               dcaputo@youmancaputo.com

          **JOSEPH TRAUTWEIN & ASSOCIATES, LLC**
BY:    JOSEPH TRAUTWEIN, ESQUIRE
        17 Auchy Road
        Erdenheim, Pennsylvania 19038
        (215) 764-2301
        jtrautwein@cpmiteam.com

        *Attorneys for the Plaintiff-Relator*

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA<br>*ex rel.* ANDREW SUMMERS, M.D., | : <br> : <br> : | **FILED UNDER SEAL PURSUANT TO<br>31 U.S.C. § 3730(b)(2)** |
| Plaintiff, | : <br> : | NO. 20-cv-04569 |
| vs. | : <br> : |  |
| MYDOC URGENT CARE, LLC, and<br>MYDOC URGENT CARE CHINATOWN,<br>LLC | : <br> : <br> : <br> : |  |
| Defendants. | : <br> : | **DO NOT PLACE IN PRESS BOX** |

## ORDER

Pursuant to the Relator's Notice of Dismissal and with the consent of the United States pursuant to 31 U.S.C. § 3730(b)(1), the claims of the Relator are hereby dismissed with prejudice to the Relator and without prejudice to the United States.

**IT IS SO ORDERED.**

                                                        **BY THE COURT:**

                                                        **WOLSON, J.**