# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* ANDREW SUMMERS, M.D., <br><br>        Plaintiff, <br><br>   v. <br><br> MYDOC URGENT CARE, LLC and MYDOC URGENT CARE CHINATOWN, LLC, <br><br>        Defendant. | Civil Action No. 20-cv-04569 <br><br> **<u>FILED UNDER SEAL</u>** |

## ORDER

AND NOW, this _____ day of _____, 2021, on consideration of the Relator's Notice of Voluntary Dismissal and the United States' Notice of Consent to Dismissal without Prejudice, it is hereby ORDERED that this matter is dismissed, without prejudice to the United States.

                                                            BY THE COURT:

                                                            HONORABLE JOSHUA D. WOLSON
                                                            *Judge, United States District Court*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* ANDREW SUMMERS, M.D., <br><br> Plaintiff, <br><br> v. <br><br> MYDOC URGENT CARE, LLC and MYDOC URGENT CARE CHINATOWN, LLC, <br><br> Defendant. | Civil Action No. 20-cv-04569 <br><br> **<u>FILED UNDER SEAL</u>** |

### NOTICE OF CONSENT TO DISMISSAL WITHOUT PREJUDICE
### BY THE UNITED STATES OF AMERICA

On August 13, 2021, the Relator filed a Notice of Voluntary Dismissal in this *qui tam* action, without prejudice to the United States.

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(1), the United States of America hereby consents to the Relator's dismissal of this action, so long as the dismissal is without prejudice to the United States.

Respectfully submitted,

JENNIFER ARBITTER WILLIAMS
Acting United States Attorney

GREGORY B. DAVID
Assistant United States Attorney
Chief, Civil Division

<u>/s/ Anthony St. Joseph</u>
ANTHONY ST. JOSEPH
JOEL M. SWEET
Assistant United States Attorney

Dated: August 13, 2021

## CERTIFICATE OF SERVICE

I certify that on this date I filed the foregoing Notice of Consent to Dismissal Without Prejudice by the United States of America using the Court's CM/ECF system which will automatically serve it on counsel of record, and served it by email on:

David J. Caputo, Esquire
Youman & Caputo, L.L.C.
3803 West Chester Pike, Suite 150
Newtown Square, PA 19073

*Counsel for Relator*

/s/ Anthony St. Joseph
ANTHONY ST. JOSEPH
Assistant United States Attorney

Dated: August 13, 2021